Andre HARVEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61845.

Missouri Court of Appeals,
Western District.

Aug. 19, 2003.

Mark A. Grothoff, Columbia, MO, for appellant.

Patrick Morgan, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J.,
EDWIN H. SMITH and HOWARD, JJ.

### ORDER

PER CURIAM.

Andre Harvey appeals the denial of his Rule 29.15 motion for post-conviction relief

after an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).